UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN D. EVANS,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FIRST MAGNUS FINANCIAL CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; AND QUALITY LOAN SERVICE CORPORATION,<br><br>Defendants. | Case No. 3:12-cv-00057-LRH-VPC<br><br>**ORDER ON MOTION TO EXPUNGE NOTICE OF LIS PENDENS** |

Having read and considered the Motion to Expunge Notice of Lis Pendens filed by Defendants Mortgage Electronic Registration Systems, Inc. and Federal National Mortgage Association (collectively "Fannie Mae Defendants"), and the court having considered the pleadings and papers on file herein, and good cause appearing therefore,

IT IS HEREBY ORDERED that Fannie Mae Defendants' Motion to Expunge Notice of Lis Pendens is hereby granted in its entirety.

IT IS FURTHER ORDERED that pursuant to NRS 14.015, the Notice of Pendency of Action filed and recorded by or on behalf of the Plaintiff on the real property located at

1245 Saxon Drive, Sparks, Nevada (APN 530-911-07) with the Washoe County Recorder's Office as Instrument Number 4077772 is hereby cancelled and expunged, said cancellation has the same effect as an expungement of the original notice; and

IT IS FURTHER ORDERED that the Plaintiff shall record with the Washoe County Recorder's Office, a copy of this Order of Cancellation.

SO ORDERED.

DATED: this 10th day of May, 2012.

_____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE